IN THE UNITED STATES DISTRICT OURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
AT MARTINSBURG

**GREGORY H. WITTKAMPER**
as Administrator of the **ESTATE OF STEPHEN MICHAEL WITTKAMPER**

      **Plaintiff,**

v.

**JEFFERSON COUNTY SHERIFF'S DEPARTMENT, SHERIFF THOMAS H. HANSEN, DEPUTY K. J. STIPANOVIC, DEPUTY C. ELLIS, DEPUTY R. JENKINS and DEPUTY T. STEPLY,**

      **Defendants.**

ELECTRONICALLY FILED
Jul 20 2023
U.S. DISTRICT COURT
Northern District of WV

**3:23-CV-177 (Groh)**
**CIVIL ACTION NO.:**
**(Jefferson County Circuit Court, Civil Action No. 23-C-77)**

## NOTICE OF REMOVAL

**NOW COMES** the Defendants, Jefferson County Sheriff's Department [sic], Sheriff Thomas H. Hansen, Deputy K. J. Stipanovic, and Deputy R. Jenkins, by counsel, Matthew R. Whitler, and the law firm of Pullin, Fowler, Flanagan, Brown & Poe, PLLC, pursuant to 28 U.S.C. §§1331, 1391, 1441 and 446, and hereby give notice that, on the grounds set forth below, that it is removing the above styled action from the Circuit Court of Jefferson County, West Virginia to the United States District Court for the Northern District at Martinsburg. In support thereof, Defendants state and aver as follows:

    1.    Plaintiff Gregory H. Wittkamper as Administrator of the Estate of Stephen Michael Wittkamper filed his Complaint in the above styled action in Circuit Court of Jefferson County, West Virginia, on or about April 20, 2023, where it was assigned Civil Action No. 23-C-77. (See

Exhibit 1).

2. Defendant Jefferson County Sheriff's Department (sic) accepted service of the Plaintiffs' Complaint on June 29, 2023.

3. Plaintiff's Summons, Complaint, and Notices of Judge Recusals are the only processes, pleadings, or orders served upon Defendants in this matter. (See Exhibit 2).

4. Plaintiff's Complaint makes several allegations against Defendants. (See Exhibit 1).

5. Plaintiff's Complaint brings six causes of action against the Defendants including a claim arising under 42 USC 1983, a Federal cause of action. The causes of action are as follows: (1) Tort of outrage and intention of infliction of emotional stress against all Defendants; (2) Section 1983 Claim – Deliberate Indifference against all Defendants; (3) Battery against all Defendants; (4) Negligent retention and hiring against Sheriff Thomas Hansen and Jefferson County Sheriff's Department; (5) wrongful death against all Defendants; and (6) damages. (See Exhibit 1)

6. Pursuant to 28 U.S.C. § 1441(c){1}, "[i]f a civil action includes (A) a claim arising under the Constitution, laws, or treaties of the United States (within the meaning of section 1331 of [the U.S.C.1), and (B) a claim not within the original jurisdiction or supplemental jurisdiction of the district court[,][ ... ] the entire action may be removed if the action would be removable without the inclusion of the claim described in subparagraph (B)." § 1441(c)(1).

**JEFFERSON COUNTY SHERIFF'S DEPARTMENT, SHERIFF THOMAS H. HANSEN, DEPUTY K. J. STIPANOVIC, and DEPUTY R. JENKINS**
**By Counsel,**

*/s/ Matthew R. Whitler*
Matthew R. Whitler, WVSB #7628

**PULLIN, FOWLER, FLANAGAN, BROWN & POE, PLLC**
261 Aikens Center, Suite 301
Martinsburg, West Virginia 25404
Telephone: (304) 260-1200
Facsimile: (304) 260-1208

IN THE UNITED STATES DISTRICT OURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
AT MARTINSBURG

**GREGORY H. WITTKAMPER**
as Administrator of the ESTATE OF
STEPHEN MICHAEL
WITTKAMPER

   **Plaintiff,**

v.
           **3:23-CV-177 (Groh)**
           **CIVIL ACTION NO.:**
           **(Jefferson County Circuit Court, Civil Action No. 23-C-77)**

**JEFFERSON COUNTY SHERIFF'S DEPARTMENT, SHRIFF THOMAS H. HANSEN, DEPUTY K. J. STIPANOVIC, DEPUTY C. ELLIS, DEPUTY R. JENKINS and DEPUTY T. STEPLY,**

   **Defendants.**

## CERTIFICATE OF SERVICE

The undersigned, counsel of record for Defendants Jefferson County Sheriff's Department [sic], Sheriff Thomas H. Hansen, Deputy K. J. Stipanovic, and Deputy R. Jenkins, does hereby certify on this 20th day of July 2023, that a true copy of the foregoing *Notice of Removal* has been filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the below CM/ECF participants:

      Thomas E. White, Esq.
      White Law Office
      604 6th Street
      Moundsville, WV 26401


         */s/ Matthew R. Whitler*
         Matthew R. Whitler, WVSB #7628

**PULLIN, FOWLER, FLANAGAN, BROWN & POE, PLLC**
261 Aikens Center, Suite 301
Martinsburg, West Virginia 25404
Telephone: (304) 260-1200
Facsimile: (304) 260-1208